# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Jeffrey Porter )
)
)
)
Plaintiff(s), ) Case Number: ~~THOMAS G. BRUTON~~
) ~~CLERK, U.S. DISTRICT COURT~~
v. )
) 1:24-cv-01308
City of Chicago ) Judge Sara L. Ellis
) Magistrate Judge Young B. Kim
) Cat. 2/Random
Defendant(s). )

**FILED FEB 15 2024 JCM**

**PAID** RECEIPT # 10000 2635
FEB 15 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Jeffrey Porter of the county of Cook in the state of Illinois.

3. The defendant is the City of Chicago, a municipal corporation, whose street address is 121 N. LaSalle St. Room 600,
(city) Chicago (county) Cook (state) Illinois (ZIP) 60602
(Defendant's telephone number) (312) – 744-0220

4. The plaintiff sought employment or was employed by the defendant at (street address)
   3510 S. Michigan Avenue (city) Chicago
   (county) Cook (state) Illinois (ZIP code) 60653

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about

   (month) November  (day) 27  (year) 2022 .

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)   Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐   the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒   the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) **November** (day)**17** (year)**2023** a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

who committed similar alleged violations of work rules.The plainttiff was denied a transfer of assignment due to the defendant's discriminatory discipline.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

The plaintiff is an African American male employed by the Chicago Fire Department at the rank of Captain/EMT. The plaintiff began his employment with the defendant on 12/01/1988. On January 31, 2022, plaintiff was denied the opportunity to transfer to Rescue Truck 2 because he was stripped of of the Airport Rescue Firefighter (ARFF) and "Red-stripe" qualifications necessary for the assignment consequent of discipline levied against him by (see additional page)

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): reinstate the Plaintiff's Airport Rescue Firefighter and "Red-stripe" credentials; upon receipt of the reinstatement of the required credentials, immediately assign the Plaintiff to District 3 as a Relief Officer; detail the Plaintiff to the next

available vacancy as an Airport Ops ARFF Unit Fire Officer; and at the first available vacancy for Airport Ops ARFF Unit Fire Officer Fire Captain, reinstate Plaintiff to the assignment.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_(Plaintiff's signature)_

Jeffrey Porter
(Plaintiff's name)

5431 S. May Street
(Plaintiff's street address)

(City) Chicago   (State) Illinois   (ZIP) 60609

(Plaintiff's telephone number) (773) – 936-5716

Date: February 15, 2024

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

Item 13 Continued

by the Chicago Fire Department CFD) for an airfield incursion at Midway Airport in September 2020. A white Lieutenant also committed an airfield incursion in July 2020 at Midway Airport. A similarly situated white Lieutenant received significantly less punishment for the same violation of Federal Aviation Administration (FAA) and CFD rules and regulations. The white Lieutenant was allowed to retain the ARFF and "Red-stripe" credentials necessary to request future assignments to ARFF vehicles at his discretion. Assignment to ARFF apparatus in the Chicago Fire Department typically results in significant opportunities for overtime compensation beyond the compensation available to Department members not assigned to ARFF apparatus.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

Page 1

For Official Use Only-Charge Number:
**440-2023-01446**

### Personal Information
- First Name: Jeffrey
- MI:
- Last Name: Porter
- Address: 5431 S. May Street
- APT.:
- City: Chicago
- State: IL
- Zip Code: 60609
- Phone: 773-936-5716 (Cell ☒)
- Email: cptportor@gmail.com

### Who do you think discriminated against you?
- Employer ☒  Union ☐  Employment Agency ☐  Other Organization ☐
- Organization Name: City of Chicago
- Address: 121 N. LaSalle Street
- Suite: 1100
- City/State: Chicago
- Zip Code: 60602
- Phone: 312-744-5000

### Why you think you were discriminated against?
☒ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age:
☐ Disability  ☐ Genetic Information  ☐ Retaliation  ☐ Other:

### What happened to you that you think was discriminatory?

Date of most recent job action you consider discriminatory: January 31, 2022
Also describe briefly each job action you think was discriminatory and when it happened (estimate).

I am an African American male. I began my employment with Respondent on 12/01/1988. I am currently employed by the City of Chicago as a Fire Captain EMT. On January 31, 2022, I was denied the opportunity to request an assignment to Rescue Truck 2 on Personnel Order 2022-02. I was denied the opportunity to request a transfer to Rescue Truck 2 because I was stripped of the Airport Rescue Firefighter (ARFF) qualifications and credentials necessary for the assignment consequent of discipline levied against me by the Chicago Fire Department for an airfield incursion at Midway Airport in September 2020. A white lieutenant also committed an airfield incursion in July 2020 at Midway Airport but was allowed to retain the ARFF qualifications and credentials necessary to request future assignment to ARFF vehicles at his discretion. I was disciplined, denied an assignment, and discriminated against because of my race in violation of Title VII of the Civil Rights Act of 1964.

### Signature and Verification

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.

I declare under penalty of perjury that the above is true and correct.
Signature: [signed] Jeffrey F. Porter
Date: 11/27/2022

**From:** Kaufman, David
**Sent:** Thursday, October 1, 2015 11:50 AM
**Revised:** Friday, January 22, 2016 3:49 PM
**To:** Horan, Jeff
**Subject:** Advanced Airfield Driving Proficiency Check Ride – Capt. Jeff Porter

Chief Horan –

On Sept. 30, 2016, at Midway Airport, I conducted an advanced airfield driving proficiency check ride for CFD Capt. Jeff Porter. CFD Trainer Kevin Murphy also accompanied us and observed. Capt. Porter demonstrated very good knowledge of the airfield; his situational awareness was good, as was his proficiency in communicating with air traffic control.

Capt. Porter has demonstrated to our satisfaction that he is qualified for the red stripe and all of the associated airfield driving privileges/responsibilities. If there are any questions regarding this, I will be happy to respond.

David Kaufman
General Manager of Airport Operations
Chicago Dept. of Aviation
Midway International Airport
W 773-838-3995  C 773-491-4437

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.